# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:06-cr-00250-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JOSEPH WENDELL BYRD, III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss SRV Petition [Doc. 432].

For the reasons stated therein, and for cause shown, the Court will grant the Government's Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 432] is **GRANTED**, and the supervised release violation petition that is currently pending in this case [Doc. 426] is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: February 5, 2013

Martin Reidinger
United States District Judge